No. 85–1348. HAMM v. DEKALB COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–1355. FLEMING ET AL. v. ALLSTATE INSURANCE CO. Ct. App. N. Y. Certiorari denied.

No. 85–1365. CALIFORNIA v. SERNA. Sup. Ct. Cal. Certiorari denied.

No. 85–1436. ACOSTA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1455. PRADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1456. GADD v. NEWS-PRESS PUBLISHING CO. ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 85–5699. WILSON v. SCHILLINGER ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–5821. WADE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5917. EDWARDS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 85–6005. FAIR v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 85–6122. KIDDA v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 85–6128. MCCOY v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 85–6280. ABDULLAH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.